Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Carmen Conejo

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>CARMEN CONEJO,<br>Defendant. | Case No.: 1:18-CR-00076-NONE-BAM-3<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF JEFFREY T. HAMMERSCHMIDT AS ATTORNEY OF RECORD AND ORDER** |

On April 5, 2018, Defendant Carmen Conejo was indicted on federal charges. CJA Panel Attorney Jeff Hammerschmidt was appointed as trial counsel to represent Ms. Conejo on April 20, 2018, in her criminal case. Ms. Conejo was sentenced pursuant to a plea agreement on October 21, 2019. The time for filing a direct appeal was waived. No direct appeal was filed. Ms. Conejo was Sentenced to 60-Months probation. Having completed his representation of Ms. Conejo, CJA attorney Jeff Hammerschmidt moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Conejo require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: August 19, 2026

Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
CARMEN CONEJO

**ORDER**

Having reviewed the notice and found that attorney Jeff Hammerschmidt has completed the services for which he was appointed, the Court hereby grants attorney Hammerschmidt's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Conejo at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Carmen Conejo
5050 E. Garford Street, #34
Long Beach CA 90815

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE